UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HILDA OTERO,

                    Plaintiff,                          **ORDER**

      -against-                           CV 07-10 (DRH)(ARL)

NORTH BELLMORE UNION FREE SCHOOL
DISTRICT, et al.,

                    Defendants.

-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

     Before the court, on referral from District Judge Hurley, is counsel for the plaintiff's motion to withdraw. Despite the fact that the defendants have moved to disqualify plaintiff's counsel due to the fact that he previously represented the defendants as general and labor counsel, Ms. Otero does not consent to the withdrawal. In order to give Ms. Otero and the defendants an opportunity to weigh-in on the motion to withdraw, the telephone conference scheduled for January 22, 2007 is adjourned to February 4, 2008 at 11:00 a.m. The defendants and Ms. Otero are directed to submit any opposition to the motion to withdraw, in writing, by January 25, 2008.

     The court will address the motion to withdraw, as well as any outstanding discovery issues, during the February 4th conference. All counsel and Ms Otero must participate in the conference call. Counsel for the plaintiff should initiate the call to (631) 712-5730.

     Counsel for the plaintiff is directed to serve Ms. Otero with a copy of this order immediately upon receipt.

Dated:  Central Islip, New York              **SO ORDERED:**
          January 15, 2008

                                               _____/s/_____
                                               ARLENE R. LINDSAY
                                             United States Magistrate Judge